UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
DONTAI CABRERA,                        :
                                       :
                    Petitioner,        :        15 Civ. 5915
                                       :        10 Cr. 0094
          -v-                          :
                                       :        ORDER
UNITED STATES OF AMERICA,              :
                                       :
                    Respondent.        :
------------------------------------ x



JED S. RAKOFF, U.S.D.J.

       On May 20, 2016, the Honorable Kevin Nathaniel Fox, United

States Magistrate Judge, issued a Report and Recommendation in the

above-captioned matter recommending the denial of petitioner Dontai

Cabrera's petition filed pursuant to 28 U.S.C. § 2255. On June 6, 2016,

petitioner submitted objections to the Report and Recommendation. The

Court has accordingly reviewed the petition, Cabrera's objections, and

the underlying record de novo.

       Having done so, the Court is in complete agreement with

Magistrate Judge Fox's Report and Recommendation and hereby adopts its

reasoning by reference. Accordingly, the Court dismisses the petition

with prejudice. Because petitioner has not made a substantial showing

of the denial of a constitutional right, a certificate of appealability

will not issue. See 28 U.S.C. § 2253. Moreover, the Court certifies

that any appeal by petitioner from this Order would not be taken in

good faith, as petitioner's claim lacks any arguable basis in law or

fact, and therefore permission to proceed in forma pauperis is also

denied. See 28 U.S.C. § 1915(a)(3); see also Seimon v. Emigrant Savs.

Bank (In re Seimon), 421 F.3d 167, 169 (2d Cir. 2005). The Clerk of the

Court is hereby directed to close the motion at document number 209 on

the criminal docket of this case, United States v. Cabrera, 10-cr-0094-

7, and to enter judgment on the civil docket 15-cv-5915.

     SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
       June 15, 2016

2